# United States Court of Appeals
## For the First Circuit

No. 13-2396

UNITED STATES OF AMERICA,

Appellee,

v.

ROLANDO TORRES-NEVÁREZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 11, 2015, is amended as follows:

On page 2, line 21, change "Puerto Rico Police Agents" to "Puerto Rico Police agents"

On page 3, line 24, change "six-months imprisonment" to "six months imprisonment"

On page 6, line 24, change "468 F.3d 34, 41" to "468 F.3d at 41)"